IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 AUG -3 A 10: 13

Rodney D. Duckworth
Full name and prison number of plaintiff(s)

v.

Randolph County Jail E.T.C,

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 3:05cv727-T
(To be supplied by the Clerk of the
 U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) Rodney D. Duckworth

          Defendant(s) _____

      2.  Court (if federal court, name the district; if state court, name the county)
          Randolph County Court

      3.  Docket No. _____

      4.  Name of Judge to whom case was assigned Ed. Patrick Whaley

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **U.N.K.**

6. Approximate date of filing lawsuit **U.N.K.**

7. Approximate date of disposition **U.N.K.**

II. PLACE OF PRESENT CONFINEMENT **Randolph County Jail P.O. Box 347 Wedowee AL 36278**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Randolph County Jail P.O. Box 347 Wedowee AL 36278**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. W. Patrick Whaley - P.O. Box 347 Wedowee AL 36278
2. Shirley Johnson - Chief Jailer
3. Craig Davidson - Captain over Jail Inmates
4. Jeff Fuller - Sheriff
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **June 1, 2005**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Health Hazard**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

Living in A Jail that the Shower water Leakes down Stairs in the Kitchen. Shower water gets in the food on the dishes we eat off of. Showers has fungus in them A, B, C, D Blocks we eat off of the Same Spoon every day. I have caught something from the Shower and the water (a bad breakout on my back and arms etc)

GROUND TWO: Fire Hazard

SUPPORTING FACTS: The Randolph County Jail do not have no fire alarms in either Block. There are raw wires every where in the upstairs of the Jail. If the Jail was on fire we would burn up or be killed be cause of no fire alarms in this Jail, and wiring problem every where.

GROUND THREE: Lights and Crowding in the Randolph County Jail.

SUPPORTING FACTS: The Randolph County Jail do not have light in A, B, C, D Block in either cell, there are raw wires hanging every where. There are people sleeping on the floor in the Jail. The Jail holds 26 Inmates there are 100 Inmates in this county Jail this is a safty hazard too.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want this Court to Rule And Make this county pay for my pain an suffering. Pay for being locked up in a Jail that is a health, fire, safty hazards And my life being in danger for however long I stayed in the Jail

Rodney D. Duckworth
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 7/31/05
(date)

Rodney D. Duckworth
Signature of plaintiff(s)