| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ Davenport  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): William Davenport  C. Date of Delivery: 8-10-05 |
| 1. Article Addressed to:<br><br>Jeff Fuller<br>Randolph County Jail<br>PO Box 347<br>Wedowee, AL 36278<br><br>CV0 05-727 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3017 3409 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Craig Davidson
Randolph County Jail
PO Box 347
Wedowee, AL 36278

C 4 0 05-727

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Davenport_ ☑ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
William Davenport  9-810-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0001 3017 3416

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540