**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Shirley Johnson
   Randolph County Jail
   PO Box 347
   Wedowee, AL  36278

   ( 9 )    05-727

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] Davenport    ☑ Agent    ☐ Addressee

B. Received by (Printed Name): William Davenport
C. Date of Delivery: 08-10-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 3393

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540