IN THE UNITED STATES  DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| RODNEY D. DUCKWORTH | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-727-T |
| RANDOLPH COUNTY JAIL, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause,

it is ORDERED that:

1.  The motion (Doc. No. 9) is GRANTED; and

2.  Defendants are GRANTED an extension from September 13, 2005 to October 14,

2005 to file their answer and written report.

Done this 22nd day of September 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE