IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| RODNEY D. DUCKWORTH | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-727-T |
| RANDOLPH COUNTY JAIL, *et al.*, | * |
| Defendants. | * |

_____

### ORDER ON MOTION

Upon consideration of Defendants' Motion to Stay Proceedings (Doc. No. 12), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 12th day of October 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE