IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RODNEY D. DUCKWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05-CV-00727-T |
| | ) | WO |
| RANDOLPH COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On October 14, 2005 (Doc. 14), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

Done this the 18th day of November, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE